An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN THOMAS KIZZIAR,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68161

FILED

DEC 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK



### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; J. Charles Thompson, Senior Judge.

Appellant filed his postconviction petition on December 10, 2014, approximately seven years after issuance of remittitur on direct appeal on April 17, 2007. *Kizziar v. State,* Docket No. 47809 (Order of Affirmance, March 22, 2007). Therefore, the petition was untimely filed. *See* NRS 34.726(1). Additionally, his petition was successive as he previously sought postconviction relief.[2] *See* NRS 34.810(1)(b)(2). His petition was procedurally barred absent a demonstration of good cause and actual prejudice. *See* NRS 34.726(1); NRS 34.810(1)(b); NRS 34.810(3). Appellant failed to demonstrate good cause to overcome the

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden,* 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]*Kizziar v. State,* Docket No. 52146 (Order of Affirmance, December 4, 2009).

15-38486

procedural default. Further, his claim that he is actually innocent lacks merit because he failed to present new evidence establishing that he is actually innocent of his crimes. *See House v. Bell*, 547 U.S. 518, 536-37 (2006). Therefore, we conclude that the district court did not err by denying appellant's petition as procedurally barred. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
John Thomas Kizziar
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk